| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>WHITE PLAINS DIVISION | HEARING DATE: December 4, 2024<br>HEARING TIME: 9:00 a.m. (in person)<br>OBJECTION DEADLINE: November 27, 2024 |

---------------------------------------------------------x
In re:                                                                       :
                                                                                   :   Case No. 24-22606-cgm
STEFAN JOSEPH LONCE,                                       :
                                                                                   :   (Chapter 13)
                                        Debtor.               :
---------------------------------------------------------x

# ORDER DIRECTING MARK H. FRYBURG, ESQ. TO SHOW CAUSE

WHEREAS, on July 9, 2024, Marc H. Fryburg, Esq. filed a chapter 13 petition on behalf of the Debtor, as the Debtor's bankruptcy counsel; and

WHEREAS, on July 23, 2024, Mr. Fryburg filed a chapter 13 plan (the "Plan") on the Debtor's behalf; and

WHEREAS, on August 9, 2024, secured creditor Nationstar Mortgage LLC, as Servicer for Wells Fargo Bank ("Nationstar"), filed an Objection to the Plan (the "Objection"); and

WHEREAS, on September 11, 2024, the Court held a hearing on the Objection and confirmation of the Plan (the "Confirmation Hearing"); and then adjourned the Confirmation Hearing to October 9, 2024 (the "Adjourned Confirmation Hearing"); and

WHEREAS, Mr. Fryburg failed to appear at the Adjourned Confirmation Hearing; it is hereby

ORDERED, that Marc H. Fryburg, Esq. appear **in person** before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, White Plains Division, 300 Quarropas Street, Courtroom 621, White Plains, New York 10601, on Wednesday, December 4, 2024, at 9:00 a.m., and show cause why he should not be sanctioned for his failure to adequately represent the Debtor; and it is further

ORDERED, that sanctions, including, but not limited to, disgorgement of fees and referral to the Grievance Committee, may be imposed.



**Dated: November 18, 2024**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**